JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Board of Trustees of the Southern California Glaziers Architectural Metal and Glass Workers Health and Welfare Trust, et al., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>Romanoski Glass & Mirror Company, Inc., <br><br>　　　　Defendants. | Case No. **CV 11-1643-JFW (FMOx)** <br><br> **ORDER DISMISSING CIVIL ACTION** |

　　THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

　　IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within 15 days, to re-open the action if settlement is not consummated.  During this 15 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

(Rev. 2/15/08)

In the event a motion or *ex parte* application to re-open is not filed within 15 days, the dismissal of this action will be with prejudice.

Dated: November 3, 2011           /s/ John F. Walter
                                  _____
                                  JOHN F. WALTER
                                  United States District Judge